FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0126

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 24-0126

**MEL COOK, LOEY KNAPP, JAMES WALTERS, DAVID MCKINLEY, SUSAN EVANS, PAT GRONINGER, and TERRI GRONINGER,**

Appellee,

vs.

**BERTA'S FARM, LLC,** a Montana Limited Liability Company,

Appellant.

## ORDER

Upon Appellant Berta's Farm motion for an extension of time to file Appellant's Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED Appellant shall have until August 28, 2024, to file its Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024